COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Eileen Dolgener v. Steven Dolgener

Appellate case number:  01-17-00490-CV

Trial court case number:  2008-49730

Trial court:  246th District Court of Harris County

Appellant, Eileen Dolgener, has filed a notice of appeal of the trial court's June 2, 2017 order in a suit to modify the parent-child relationship. On October 23, 2018, we abated the appeal pending resolution of modification proceedings in the trial court. *See Blank v. Nuszen*, No. 01-13-01061-CV, 2015 WL 4747022, at *3 (Tex. App.—Houston [1st Dist.] Aug. 11, 2015, no pet.) (mem. op.) (holding appeal of modification order became moot when trial court rendered order in subsequent modification proceeding). We directed the parties to file a motion to reinstate and dismiss or proceed with the appeal, or a report advising the Court of the status of the trial court proceedings no later than December 27, 2018. The parties have not responded as directed.

Accordingly, the parties shall file, **no later than 30 days from the date of this order**, a motion to reinstate and dismiss or otherwise dispose of the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings. **If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.**

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
              ☑ Acting individually   ☐ Acting for the Court

Date: ___January 24, 2019___